

# Fourth Court of Appeals
## San Antonio, Texas

May 29, 2024

No. 04-24-00078-CV

**IN RE WHATABRANDS LLC,** Relator

Original Proceeding[1]

**ORDER**

On February 1, 2024, relator filed a petition for writ of mandamus. After considering the petition, and the mandamus record, the court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on May 29, 2024.

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of May, 2024.

Luz Estrada, Chief Deputy Clerk

---

[1] This proceeding arises out of Cause No. CC-23-392, styled *Diana Pena, Oswaldo Perez, and Martin E. Perez v. Whatabrands LLC and Whataburger Restaurants LLC*, pending in the County Court at Law, Starr County, Texas, the Honorable Orlando Rodriguez presiding.